UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAMUEL R. BRISTER | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| ACBL RIVER OPERATIONS LLC | § | MAGISTRATE: _____ |

### SEAMAN'S SUIT

This Seaman Suit of SAMUEL R. BRISTER, a person of the full age of majority, appearing herein through undersigned counsel, and complaining of the above named defendant, respectfully alleges and shows unto this Honorable Court that:

1.

Plaintiff, SAMUEL R. BRISTER brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is ACBL RIVER OPERATIONS LLC, a limited liability company engaged in the marine transportation business.

3.

On or about March 11, 2017, plaintiff, SAMUEL R. BRISTER, was employed by the defendant, ACBL RIVER OPERATIONS LLC as a deckhand assigned to its vessel operating in the Mississippi River in the Armant Fleet near Vacherie, Louisiana.

4.

Defendant, ACBL RIVER OPERATIONS LLC, was at all times material to this lawsuit the "Jones Act" employer of the plaintiff, SAMUEL R. BRISTER.

5.

At all times material to this lawsuit he was a seaman under the provisions of the 46 U.S.C. §30104 *et seq.,* the Jones Act.

6.

On or about March 11, 2017, plaintiff was working as a member of the crew of a vessel owned, operated and/or controlled by the defendant, ACBL RIVER OPERATIONS LLC, which was operating in the navigable waters of the Mississippi River in the Armant Fleet.

7.

On or about March 11, 2017, while in the service of that vessel and while performing his work as a member of its crew in the furtherance of his employer's interests, plaintiff sustained severe injuries to his person, including but not limited to severe injuries to his lower back.

8.

Plaintiff's injuries and damages are attributable to the fault and/or negligence of his Jones Act employer, defendant, ACBL RIVER OPERATIONS LLC, in the following non-exclusive respects:

    a.    failing to provide the plaintiff with a safe place to work;

    b.    failing to give proper and appropriate warnings to the plaintiff;

    c.    failing to adequately plan the operation ongoing at the time of the incident;

    d.      failing to provide proper equipment;

    e.      other negligent acts and/or omissions to be shown at the trial of this action.

9.

In addition to the aforementioned Jones Act negligence, a proximate cause of his injuries was the unseaworthiness of the vessel and its appurtenances, specifically the rusted wire / cable plaintiff was working with at the time of his injury.

10.

Plaintiff's injuries occurred while performing his work as a seaman, entitling him to receive maintenance and cure benefits.

11.

As a result of the above and foregoing negligent acts and/or omissions and/or the unseaworthiness of the defendant's vessel, plaintiff, SAMUEL R. BRISTER, is permanently disabled from his marine employment and has suffered the loss of past and future income, impairment of future earning capacity, loss of employee benefits, loss of enjoyment of life, past and future mental and physical pain and suffering, severely painful and permanently disabling injuries, has incurred and shall incur in the future medical expenses, past and future maintenance, cure and found.

12.

As a Jones Act seaman, Plaintiff requests a trial by jury.

13.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, SAMUEL R. BRISTER, prays for judgment herein and against defendant, ACBL RIVER OPERATIONS LLC and that it be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, SAMUEL R. BRISTER, and against defendant herein, ACBL RIVER OPERATIONS LLC in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of the incident until paid, all costs of these proceedings, for trial by jury, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com